UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ALEXEEV,<br><br>    Plaintiff,<br><br>         v.<br><br>LUBOV SAULEVA,<br><br>    Defendant. | Case No. 18-cv-00059-RS<br><br>**ORDER TO SHOW CAUSE** |

In January 2018, pro se plaintiff Victor Alexeev filed suit against defendant Lubov Sauleva. In February, Alexeev's Application to Proceed in Forma Pauperis was denied and he paid the appropriate filing fee. Since February, Alexeev has not provided proof of service or taken any other action in this suit. Alexeev is therefore ordered to show cause, no later than November 19, 2018, why this case should not be dismissed for lack of prosecution.

Alexeev may wish to seek free legal advice by calling the Federal Pro Bono Project at 415-782-8982 or by signing up in the appointment book located outside of the Project's offices. The Project has offices in the federal courthouses in both San Francisco (15th floor, Room 2796) and Oakland (4th Floor, Room 470 S). Through the Project, litigants can speak with an attorney who will provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: 10/22/18

RICHARD SEEBORG
United States District Judge